

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-21-00175-CR

Simon Peter **MARTINEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5551
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **October 20, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court